B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Southern District of Alabama

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bell, Charles, T.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Bell, LLC**<br>**dba Collectibles, LLC**<br>**dba Island Queen, LLC**<br>**dba Pole, LLC**<br>**dba Zeigy, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **9343** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**107 Carmel Drive East**<br>**Mobile, AL**<br>ZIP CODE **36608** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mobile** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Charles T. Bell** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X  Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Charles T. Bell** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Charles T. Bell**

Signature of Debtor        **Charles T. Bell**

X **Not Applicable**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**9/8/2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/Irvin Grodsky**

Signature of Attorney for Debtor(s)

**IRVIN GRODSKY  Bar No.**

Printed Name of Attorney for Debtor(s) / Bar No.

**Irvin Grodsky, P.C.**

Firm Name

**P.O. Box 3123 Mobile, AL  36652**

Address

**(251) 433-3657          (251) 433-3670**

Telephone Number

**9/8/2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

# UNITED STATES BANKRUPTCY COURT

## Southern District of Alabama

In re    **Charles T. Bell** _____    Case No. _____
            Debtor                                                    *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **s/ Charles T. Bell**
                        **Charles T. Bell**

Date: **9/8/2011**

```
30-A, LLC
P.O. Box 1354
Mobile, AL  36633




A & M Yachts
5004 Dauphin Island Parkway
Mobile, AL 36605




AFCO Exterminating
4431 Cypress Shores Drive
Mobile, AL 36619




FIA Card Services (Regions)
P.O. Box 1984
Birmingham, AL 35201




Alabama West Beach I, LLC
P.O. Box 1354
Mobile, AL  36633




Alex Lyon & Son Sales. Mng&Auc
c/o Jack Lyon
8105 Morris Hill Rd.
Semmes, AL  36575




Alexandria International
713 Shorter Ave. SW
Rome, GA  30165-4129




Amelia L. Bell
107 Carmel Drive East
Mobile, AL  36608




Baldwin Concrete
P.O. Box 6287
Gulf Shores, AL 36547
```

Baldwin County Assoc. of Realtors,
908 Plantation Boulevard
Fairhope, AL 36532


Baldwin County Association, MLS
P.O. Box 1000
Robertsdale, AL 36567


Baldwin County Revenue Commission
1705 US Highway 31 South
Bay Minette, AL 36507


Bank Trust
P.O. Box 3067
Mobile, AL 36652


Bay Bank
P.O. Box 349
Theodore, AL 36590


BB&T
P.O. Box 2467
Greenville, SC 29602


BB&T Line of Credit
P.O. Box 200
Wilson, NC 27893


BB&T Mortgage Customer Service
P.O. Box 2467
Greenville, SC 29602


Beach Community Bank
17 Eglin Pkwy SE
Ft. Walton Beach, FL  32548

Bell, LLC
1444 West I-65 Service Road South
Mobile, AL 36693


Bell-Yeager, Inc.
1444 West I65 Service Road S.
Mobile, AL  36693-5100


Betty Yeager
3821 Saint Andrews Loop East
Mobile, AL 36693


Bluelinx
4300 Wildwood Pkwy
Atlanta, GA 30339


Branch Banking
P.O. Box 2467
Greenville, SC 29602


Caine O'Rear, III, Esq.
Henry A. Callaway, Esq.
P.O. Box 123
Mobile, AL  36601


Carol Patton
c/o William H. Philpot, Jr., Esq.
P.O. Box 2804
Mobile, AL  36652


Estate of Chandler Stanard
7 Ft. Huger Pt
Spanish Fort, AL 36527


Charles J. Fleming, Esq.
P.O. Box 1204
Mobile, AL  36622

Charles J. Fleming, Esq.
P.O. Box 1204
Mobile, AL  36602


CIT Group
11 West 42 Street
New York, NY 10036


City of Daphne
P.O. Box 400
Daphne, AL 36526


City of Mobile
P.O. Box 1827
Mobile, AL 36633


City of Pensacola
P.O. Box 12910
Pensacola, FL 32521


Coastal Bank & Trust
3704 Dauphin Street
Mobile, AL 36608


Coastal Insulation Mobile
P.O. Box 534451
Atlanta, GA 30353


Compass Bank
321 Bel Air Boulevard
Mobile, AL 36606


Compass Bank
920 Fairhope Avenue
Fairhope, AL 36532

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197


Cullman Cabinets
P.O. Box 1150
Cullman, AL 35056


Culp Cabinets
5680 NW 66th Avenue
Johnston, IA  50131


Daniell, Upton, Perry & Morris, P.C
P.O. Box 1800
Daphne, AL 36526


Department of Revenue, Mississippi
P.O. Box 1033
Jackson, MS 39215


DIBC
P.O. Box 1329
1705 Bienville Boulevard
Dauphin Island, AL


Double Wide, Inc.
P.O. Box 8
Point Clear, AL  36564


Dwayne M. Morris
Morris & Levette
2131 3rd Ave. N.
Birmingham, AL  35203


Eastern Shore Chamber of Commerce
P.O. Drawer 310
Daphne, Al 36526

Edward G. Hawkins, Esq.
306 St. Francis St.
Mobile, AL  36602


Eva Bank
2915 Clairmont Avenue
Birmingham, AL 35205


Eva Bank
1710 Cherokee Avenue SW
Cullman, AL 35055


F. Rutherford Smith, Jr.
P.O. Box 8
Point Clear, AL 36564


Fairhope Winnelson
25451A State Highway 181
Daphne, AL 36526


Ford Lumber
6400 Moffett Road
Mobile, AL 36618


Forrest Daniell & Associates, PC
8007 American Way
Daphne, AL 36526


Friday Construction Company, Inc.
1444 West I-65 Service Road South
Mobile, AL 36693


Friday Construction, LLC
1444 West I-65 Service Road South
Mobile, AL 36693

GMAC / Ally Automotive Financing
P.O. Box 380901
Bloomington, MN 55438

Gulf Coast Containers
P.O. Box 7278
Mobile, AL 36670

Gulf Coast Mult. Listing Service, I
2827 Airport Boulevard
Mobile, AL 36606

Gulf Coast Shelter
2224 Stanton Road
Daphne, AL 36526

H&R Cabinets
740 Wilson Boulevard
Axis, AL 36505

Hancock Bank
P.O. Box 4020
Gulfport, MS 39502

Hoffren's Landscape
3300 Morphy Avenue
Fairhope, AL 36532

Home Depot Credit services
P.O. Box 6029
The Lakes, NV 88901

Hutchinson, Moore & Rauch, LLC
P.O. Box 1127
Daphne, AL 36526

Interior/Exterior Building Supply
P.O. Box 4002
New Orleans, LA 70178


Internal Revenue Service
c/o U.S. Attorney's Office
63 S. Royal St., #600 Riverview Pla
Mobile, AL  36602


Internal Revenue Service
1110 Montlimar Drive
3rd Floor
Mobile, AL  36609


Jerry Silverstein
2321 Airport Boulevard
Mobile, AL 36606


Janet Holley, Tax Collector
P.O. Box 1312
Pensacola, FL 32591


Jerome E. Speegle, Esq.
P.O. Box 11
Mobile, AL  36601


John D. Hunter, Jr.
P.O. Box 122
Mobile, AL 36601


John L. Ellisor, C.P.A.
P.O. Box 8446
Mobile, AL 36689


Johnson Wholesale Floors, Inc.
1874 DeFoor Avenue, NW
Atlanta, GA 30318

```
JRC
47 Maple Ave.
Thomaston, CT      06787




Judson C. Brandt, Esq.
Jeremy C. Branning, Esq.
P.O. Box 13010
Pensacola, FL  32591-3010




M&B, Inc.
2321 Airport Blvd.
Mobile, AL  36608




Max Cassady, Esq.
14 S. Section St.
Fairhope, AL  36532




McGowin Patrick
64 North Royal Street
Mobile, AL 36602




Michael J. Commiskey, Jr.
105 Timmerline Drive
Daphne, AL 36526




Mills, Paskert  Divers
Attn:  Alberta L. Adams, Esq.
100 N. Tampa St., Ste. 2010
Tampa, FL  33602




Mobile Area Chamber of Commerce
P.O. Box 2187
Mobile, AL 36652




National Interstate Insurance Compa
3250 Interstate drive
Richfield, OH 44286
```

NUCO
 PO Box 14639
Ft Worth, TX 76117-6020


U.S. Bank
Corporate Office
 80 S. 8th St. Ste. 224
Minneapolis, MN 55402


Orgill Hardware, Inc.
3742 Tyndale Drive
Memphis, TN 38125


Paul L. Thompson
P.O. Box 2402
Mobile, AL 36652


Paul Young
4426 Creighton Road
Pensacola, FL 32504


Perdido Partners, LLC
940 Beach Boulevard Suite 103
Biloxi, MS 39530


R & T Rentals
1444 West I-65 Service Road South
Mobile, AL 36693


Ralph Middleton
5004 Dauphin Island Parkway
Mobile, AL 36605


Randy Delchamps
822 Azalea Road
Mobile, AL 36693

RBL, LLC
c/o Daniel G. Blackburn, Esq.
P.O. Box 458
Bay Minette, Al   36507


Robert B. McGinley, Jr., Esq.
P. Russel Myles, Esq.
P.O. Box 350
Mobile, AL   36601


Rutherford Smith
P.O. Box 8
Point Clear, AL 36564


SBC Daphne
1444 West I-65 Service Road South
Mobile, AL 36693


Shaw Industries, Inc.
P.O. Drawer 2128
616 E. Walnut Avenue
Dalton, GA 30722


Sherwin-Williams Co.
3853A Airport Boulevard
Mobile, AL 36608


Spirit Sales Advertising
139 South Main Street
Hackensack, NJ 07601-5312


Stan Colie Nichols, Tax Collector
Santa Rosa County
6495 Caroline Street, Suite E
Milton, FL 32570


State Bank & Trust
P.O. Box 10877
Fargo, ND 58106

Storm Reconstruction Services
1444 West I-65 Service Road South
Mobile, AL 36693


The Blue Sheet
P.O. Box 7620
Spanish Fort, AL 36577


The Hanover Insurance Group, Inc.
440 Lincoln Street
Worcester, MA 01653-0002


Tonia Wright-Silverstein
4100 Crossway
Mobile, AL  36608


United Bank
200 East Nashville Avenue
Atmore, AL  36502


United Building Materials
950 W. 8th St.
Cincinnati, OH 45203


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


US Bancorp Office EquipFinSer
800 Nicollet Mall
Minneapolis, MN 55402


Value Carpet
1530 N. Salisbury Blvd.
Salisbury, MD 21801

Wachovia Commercial Loan Services
P.O. Box 740502
Atlanta, GA 30374-0502


Walker Air Conditioning
11585 County Road 65
Foley, AL 36535


Weboperations.net
4944 Tufts Road
Mobile, AL 36619


Wells Fargo Bank
c/o Jason D. Woodard, Esq.
420 North 20th St., Ste. 3400
Birmingham, AL  35203


Whitney Bank
P.O. Box 61260
New Orleans, LA 70161


Whitney Bank
Attn: Call Center
Box 61260
New Orleans, LA 70161


William H. Philpot, Jr., Esq.
P.O. Box 2804
Mobile, AL  36652

In re:  **Charles T. Bell**

Case No. _____

Chapter  **11**

Debtor

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **13** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **9/8/2011**

Signed: **s/ Charles T. Bell**
**Charles T. Bell**

Signed: **/s/Irvin Grodsky**
**IRVIN GRODSKY**
Attorney for Debtor(s)
Bar no.:
**Irvin Grodsky, P.C.**
**P.O. Box 3123**
**Mobile, AL  36652**
Telephone No.:  **(251) 433-3657**
Fax No.:  **(251) 433-3670**
E-mail address:

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**

**Southern District of Alabama**

In re  **Charles T. Bell**                                                            ,     Case No. _____

Debtor                                              Chapter   **11**   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Bank Trust**<br>**P.O. Box 3067**<br>**Mobile, AL 36652** | | | **DISPUTED** | **$6,022,130.19** |
| **Coastal Bank & Trust**<br>**3704 Dauphin Street**<br>**Mobile, AL 36608** | | | **DISPUTED** | **$2,920,500.00** |
| **BB&T Mortgage Customer Service**<br>**P.O. Box 2467**<br>**Greenville, SC 29602** | | | **DISPUTED** | **$2,468,009.00** |
| **Compass Bank**<br>**321 Bel Air Boulevard**<br>**Mobile, AL 36606** | | | **DISPUTED** | **$1,758,401.52** |
| **SBC Daphne**<br>**1444 West I-65 Service Road South**<br>**Mobile, AL 36693** | | | **DISPUTED** | **$1,615,814.00** |
| **Perdido Partners, LLC**<br>**940 Beach Boulevard Suite 103**<br>**Biloxi, MS 39530** | | | **DISPUTED** | **$1,240,006.00** |

In re  **Charles T. Bell** _____ ,  Case No. _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed or subject to setoff_ | (5)<br><br>_Amount of claim [if secured also state value of security]_ |
|---|---|---|---|---|
| **Whitney Bank**<br>**Attn: Call Center**<br>**Box 61260**<br>**New Orleans, LA 70161** | | | **DISPUTED** | **$838,887.00** |
| **Hancock Bank**<br>**P.O. Box 4020**<br>**Gulfport, MS 39502** | | | **DISPUTED** | **$749.596.00** |
| **Regions Bank**<br>**P.O. Box 1984**<br>**Birmingham, AL 35201** | | | **DISPUTED** | **$717,775.72** |
| **State Bank & Trust**<br>**P.O. Box 10877**<br>**Fargo, ND 58106** | | | **DISPUTED** | **$714,379.00** |
| **Regions Bank**<br>**P.O. Box 1984**<br>**Birmingham, AL 35201** | | | **DISPUTED** | **$650,000.00** |
| **Whitney Bank**<br>**Attn: Call Center**<br>**Box 61260**<br>**New Orleans, LA 70161** | | | **DISPUTED** | **$639,765.00** |

In re  **Charles T. Bell** _____ ,  Case No. _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| _Name of creditor and complete mailing address including zip code_ | _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | _Nature of claim (trade debt, bank loan, government contract, etc.)_ | _Indicate if claim is contingent, unliquidated, disputed or subject to setoff_ | _Amount of claim [if secured also state value of security]_ |
| **R & T Rentals**<br>**1444 West I-65 Service Road South**<br>**Mobile, AL 36693** | | | **DISPUTED** | **$616,169.38** |
| **United Bank**<br>**200 East Nashville Avenue**<br>**Atmore, AL  36502** | | | **DISPUTED** | **$585.826.33** |
| **Whitney Bank**<br>**Attn: Call Center**<br>**Box 61260**<br>**New Orleans, LA 70161** | | | **DISPUTED** | **$541,405.00** |
| **Eva Bank**<br>**2915 Clairmont Avenue**<br>**Birmingham, AL 35205** | | | **DISPUTED** | **$540,631.00** |
| **The Hanover Insurance Group, Inc.**<br>**440 Lincoln Street**<br>**Worcester, MA 01653-0002** | | | **DISPUTED** | **$536,222.00** |
| **H & R Block Bank**<br>**Customer Service**<br>**P.O. Box 5170**<br>**Simi Valey, CA  93062-5170** | | | | **$452,044.03** |

In re  **Charles T. Bell**                                              ,  Case No. _____

                          Debtor                              Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **BB&T**<br>**P.O. Box 2467**<br>**Greenville, SC 29602** | | | **DISPUTED** | **$433,774.23** |
| **Hancock Bank**<br>**P.O. Box 4020**<br>**Gulfport, MS 39502** | | | **DISPUTED** | **$423.941.02** |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Charles T. Bell**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/8/2011** _____                Signature: **s/ Charles T. Bell** _____

                                                        **Charles T. Bell** _____
                                                        (Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.